United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-01290-JAW
Keoshya Shenae Logan Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jun 03, 2025      Form ID: ntcdsm      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keoshya Shenae Logan, 520 Vine Dr. #4L, Flowood, MS 39232-7740 |
| 5380050 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 03 2025 23:27:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5413662 | + | EDI: MAXMSAIDV | Jun 03 2025 23:27:00 | Aidvantage on behalf of, Dept of Education, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 5380038 | ^ | MEBN | Jun 03 2025 19:28:19 | Balance Credit, P.O. Box 4356, Dept 1557, Houston, TX 77210-4356 |
| 5380039 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 03 2025 19:33:00 | Bridgecrest Acceptance, 7300 E Hampton Ave, Suite 100, Mesa, AZ 85209-3324 |
| 5380040 | + | Email/Text: customerservice@brightlending.com | Jun 03 2025 19:33:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5405777 | ^ | MEBN | Jun 03 2025 19:28:17 | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3300, Chicago, IL 60601-6313 |
| 5380041 | + | EDI: CAPITALONE.COM | Jun 03 2025 23:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5393033 | + | EDI: AIS.COM | Jun 03 2025 23:34:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5405776 | + | EDI: AISACG.COM | Jun 03 2025 23:27:00 | Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5380042 | + | EDI: PHINGENESIS | Jun 03 2025 23:34:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 5380043 | | Email/Text: reports@halstedfinancial.com | Jun 03 2025 19:33:00 | Halstead Financial, P.O. Box 828, Skokie, IL 60076 |
| 5380044 | ^ | MEBN | Jun 03 2025 19:28:34 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5395110 | | EDI: JEFFERSONCAP.COM | Jun 03 2025 23:33:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 5380045 | + | EDI: JEFFERSONCAP.COM | Jun 03 2025 23:33:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2025 | Form ID: ntcdsm | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | E, Sartell, MN 56377-4500 |
| 5381410 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 19:41:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5380046 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 19:41:25 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5380047 | | Email/Text: ml-ebn@missionlane.com | Jun 03 2025 19:33:00 | Mission Lane, PO Box 105286, Atlanta, GA 30304 |
| 5380048 | | Email/Text: ml-ebn@missionlane.com | Jun 03 2025 19:33:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5380049 | + | EDI: MAXMSAIDV | Jun 03 2025 23:27:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5401892 | + | Email/Text: bncmail@w-legal.com | Jun 03 2025 19:33:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 5380051 | | Email/Text: tidewaterlegalebn@twcs.com | Jun 03 2025 19:33:00 | Tidewater Finance Co, Attn: Bankruptcy, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 5403280 | | Email/Text: tidewaterlegalebn@twcs.com | Jun 03 2025 19:33:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Keoshya Shenae Logan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−01290−JAW
Chapter: 13

In re:
   Keoshya Shenae Logan
   520 Vine Dr. #4L
   Flowood, MS 39232

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−2303

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 3, 2025.

Dated: 6/3/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600